**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**JAN 10 2000**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

CURTIS LEE WATSON,

      Petitioner - Appellant,

vs.

DONALD DORSEY, Warden,
Torrance County Detention Facility;
ATTORNEY GENERAL STATE OF
NEW MEXICO; UNITED STATES
OF AMERICA,

      Respondents - Appellees.

No. 99-2279
(D.C. No. CIV-99-904-JC/LCS)
(D.N.M.)

---

**ORDER AND JUDGMENT**[*]

---

Before **ANDERSON**, **KELLY**, and **BRISCOE**, Circuit Judges.[**]

---

      Mr. Watson, an inmate appearing pro se, seeks to appeal from an order of

the district court transferring his habeas petition, 28 U.S.C. § 2241, to the United

States District Court for the District of Columbia. A transfer order is

---

     [*] This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. This court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

     [**] After examining the briefs and the appellate record, this three-judge
panel has determined unanimously that oral argument would not be of material
assistance in the determination of this appeal. See Fed. R. App. P. 34(a); 10th
Cir. R. 34.1 (G). The cause is therefore ordered submitted without oral argument.

interlocutory and not immediately appealable.  See Equifax Servs., Inc. v. Hitz, 905 F.2d 1355, 1362 (10th Cir. 1990).  See also Van Orman v. Purkett, 43 F.3d 1201 (8th Cir. 1994); Dobard v. Johnson, 749 F.2d 1503 (11th Cir. 1985).

We deny a certificate of appealability and DISMISS the appeal for lack of jurisdiction.


Entered for the Court


Paul J. Kelly, Jr.
Circuit Judge